# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD D. JONES, | § | |
|      *Petitioner*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-1918 |
| | § | |
| DOUGLAS DRETKE, | § | |
|     Director of the Texas Department | § | |
|     of Criminal Justice - Correctional | § | |
|     Institutions Division, | § | |
|           *Respondent*. | § | |

## ORDER

Reginald D. Jones's motion to proceed as a pauper (Dkt. 5) is granted.

Signed on August 26, 2005, at Houston, Texas.

Stephen Wm Smith
United States Magistrate Judge